IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) | C O M P L A I N T |
| NEW PRIME, INC. d/b/a PRIME, INC., | ) ) | JURY TRIAL DEMAND |
| Defendant. | ) | |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Deanna Roberts and a group of similarly situated females who were adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Defendant New Prime, Inc. violated Title VII by subjecting Deanna Roberts and other similarly situated female applicants to different terms and conditions of employment with regard to hiring and training opportunities based on their sex.

JURISDICTION AND VENUE

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) and 707 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) and -6 ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.  The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Missouri.

## PARTIES

3.  Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) and 707 of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and (3).

4.  At all relevant times, Defendant has continuously been a Nebraska corporation doing business in the State of Missouri and the City of Springfield, and has continuously had at least 15 employees.

5.  At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.  More than thirty days prior to the institution of this lawsuit, Deanna Roberts filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7.  Since at least January 1, 2004, Defendant has engaged in the following unlawful employment practices at its Springfield, Missouri facility and other facilities nationwide, in violation of Section 703(a) of Title VII, 42 U.S.C. §§ 2000e-2(a):

> (a)  Defendant engaged in a pattern or practice of discriminating against Charging Party and a class of aggrieved female applicants by adopting and maintaining a "same- sex" truck-driver trainee assignment policy, which has resulted in delaying or denying training and employment opportunities for female applicants;

(b) Defendant engaged in a pattern or practice of discriminating against Charging Party and a class of aggrieved female applicants by assigning qualified female applicants to be instructed and/or trained by female trainers only, unless the female applicant could "produce" a male trainer with whom she had a prior relationship, such as through marriage, family, or affiance.

(c) Defendant engaged in a pattern or practice of discriminating against Charging Party and a class of aggrieved female applicants by placing them on a "female waiting list" until a female trainer or instructor became available to train them. Defendant did not place comparable male trainees on such a waiting list because male trainers were plentiful and available.

8. The effect of the practice(s) complained of in paragraph 7 above has been to deprive Deanna Roberts and similarly situated female applicants of equal employment opportunities and otherwise adversely affect their status as applicants for employment because of their sex.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Deanna Roberts and other similarly situated female applicants.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in any employment practice which discriminates on the basis of sex.

B.    Grant a permanent injunction enjoining Defendant, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from requiring female truck driver applicants to be trained only by a female trainer.

C.    Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for female applicants for driver positions, and for female truck driver trainees, and which eradicate the effects of its past and present unlawful employment practices.

E.    Order Defendant to make whole Deanna Roberts and other similarly situated female applicants by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

F.    Order Defendant to make whole Deanna Roberts and other similarly situated female applicants by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including relocation expenses, job search expenses, and medical expenses that would have been covered by the health insurance or other benefits provided through their employment by Defendant, in amounts to be determined at trial.

G.    Order Defendant to make whole Deanna Roberts and other similarly situated female applicants by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

H. Order Defendant to pay Deanna Roberts and other similarly situated female applicants punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

I. Grant such further relief as the Court deems necessary and proper in the public interest.

J. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

BARBARA A. SEELY
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
1222 Spruce Street, Room 8.100
St. Louis, Missouri 63103
(314) 539-7910 (telephone)
(314) 539-7895 (facsimile)
email: barbara.seely@eeoc.gov

5

Case 6:11-cv-03367-MDH    Document 1    Filed 09/22/11    Page 5 of 6

H. Order Defendant to pay Deanna Roberts and other similarly situated female applicants punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

I. Grant such further relief as the Court deems necessary and proper in the public interest.

J. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

P. DAVID LOPEZ
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

BARBARA A. SEELY
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
1222 Spruce Street, Room 8.100
St. Louis, Missouri 63103
(314) 539-7910 (telephone)
(314) 539-7895 (facsimile)
email: barbara.seely@eeoc.gov

 /s/ Jan Shelly_____
JAN SHELLY MO #42085
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
St. Louis District Office
1222 Spruce Street, Room 8.100
St. Louis, Missouri 63103
(314) 539-7918(telephone)
(314) 539-7895 (facsimile)
email: jan.shelly@eeoc.gov

ATTORNEYS FOR PLAINTIFF
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION