IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| EEOC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DEANNA CLOUSE, | ) | Case No. 6:11-CV-03367 RED |
| f/k/a DEANNA ROBERTS, | ) | |
| Plaintiff-Intervenor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEW PRIME, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VIDEOTAPED DEPOSITION

**TO:**

JOANNE SPEARS JACKSON
901 E. St. Louis Street, Suite 1200
Springfield, Missouri 65806

JAMES C. SULLIVAN
Twelve Wyandotte Plaza
120 W. 12th Street, Suite 1600
Kansas City, Missouri 64105

**PLEASE TAKE NOTICE** that Plaintiff Equal Employment Opportunity Commission will take the videotaped deposition of Rob Low, beginning on July 24, 2013 at 1:30 p.m., and continuing from day to day until completed. The deposition will take place at 901 E. St. Louis Street, Suite 1200, Springfield, Missouri 65806 before a certified court reporter and videographer. You are invited to attend and cross-examine.

Respectfully submitted,

  /s/   Jan Shelly
Jan Shelly
Equal Employment Opportunity Commission
St. Louis District Office
1222 Spruce Street, Room 8.100
St. Louis, MO 63103
Telephone: (314) 539-7918
Facsimile: (314) 539- 7895
jan.shelly@eeoc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Notice of Deposition is being emailed on July 15, 2013 to the following parties:

| | |
|---|---|
| Joanne Spears Jackson<br>Polsinelli Shughart P.C.<br>901 E. St. Louis Street, Suite 1200<br>Springfield, Missouri 65806<br>Telephone: (417) 869-3353<br>Facsimile: (800) 967-5142<br>jjackson@ polsinelli.com | Jennifer P. Kyner<br>Kyner Law, P.C.<br>4800 Rainbow, Suite 200<br>Westwood, Kansas 66205<br>Telephone: (913) 491-3200<br>Facsimile: (913) 273-1200<br>jkyner@kynerlaw.com |
| James C. Sullivan<br>Polsinelli Shughart P.C.<br>Twelve Wyandotte Plaza<br>120 W. 12th Street, Suite 1600<br>Kansas City, Missouri 64105<br>jsullivan@polsinelli.com | Paul O. Taylor<br>Taylor & Associates, Ltd.<br>900 West 128th Street, Suite 104<br>Burnsville, MN 55337<br>Telephone: (651) 454-5800<br>Facsimile: (888) 763-8395 |
| Attorneys for Defendant New Prime, Inc | paul.taylor@truckersjusticecenter.com<br><br>Attorneys for Plaintiff Clouse |

  /s/   Jan Shelly
Jan Shelly