# Rate of pay by Driver Seat Class

| Seat Class | 2005 - May 18, 2007 | | May 18, 2007 - Present | |
|---|---|---|---|---|
| | Pay Per Mile (taxable + per diem) | Min Gross $ per Week * | Pay Per Mile (taxable + per diem) | Min Gross $ per Week * |
| B1 | $0.10 | $500 | $0.12 | $600 |
| B2 | $0.10 | $500 | $0.12 | $600 |
| C | $0.08 | $400 | $0.10 | $500 |
| D | $0.00 | $0 | $0 | $0 |

* provided they are available to work

D seat class are people in instruction phase to obtain their CDL, they are NOT employed therefore no earnings

D7 0001

# Company Driver Program
## Flatbed

Effective with hires starting 09-07-09 and after
(re~sent 10 13 09)

Credited experience:

| Months | Base mileage | Solo Rate | Team Rate | |
|---|---|---|---|---|
| This is rate prior to 80,000 miles at Prime | | | | |
| Under | 80,000 | $ 0.360 | $ 0.380 | |
| 12 to 17 | 120,000 | $ 0.370 | $ 0.385 | 0.1925 |
| 18 to 24 | 180,000 | $ 0.380 | $ 0.395 | 0.1975 |
| | 250,000 | $ 0.390 | $ 0.400 | |
| | 310,000 | $ 0.400 | $ 0.410 | |
| | 430,000 | $ 0.410 | $ 0.420 | |
| | 480,000 | $ 0.410 | $ 0.420 | |
| | 600,000 | $ 0.415 | Cap | |
| | 720,000 | $ 0.420 | | |
| | 840,000 | $ 0.425 | | |
| | 975,000 | $ 0.430 | | |

(Rows outside table: 1 yr ~ 1 yr 4 mo corresponds to 12 to 17; 1 yr 5 mo ~ 2 yrs corresponds to 18 to 24)

## ADDITIONAL PAY

Tarping: $50 min or A direct pass through on what we cover from the customer. Driver will have to use this to pay for all securement equipment.

Stops: Stops in transit will be $25 per occurrence. Final drop excluded.

New York City pay: Driver will receive additional $50 dollars for going into New York City.

Vacation pay: This will run on the same schedule as currently in place.
- 125,000 miles = (1 week) $500
- 250,000 miles = (1 week) $500
- 375,000 miles = (1 week) $500
- 500,000 miles = (1 week) $500
- 5th YEAR = (2 weeks) $1100

Home Time Policy: 1 Day for Each week out. Home every 2 Weeks.

Layover Policy: For 24 hours available for dispatch $35.

Breakdown Pay: $35 per day and hotel expense.

Fuel Bonus: Computed Weekly - see table
Team Bonus    Extra 10 cpm for every mile above 3500 miles in a week
              Splits
FUEL BONUS IS SPLIT UP LIKE THIS...A/A=50/50 SPLIT...A/B1=60/40 SPLIT...A/B2/C=75/25 SPLIT......

Confidential                                             PRI00008356

# Company Driver Program
## Tanker  Effective with hires starting 09-07-09 and after

Credited experience:

|  | Months | Base mileage | Solo Rate | Team Rate |  |
|---|---|---|---|---|---|
|  | Under | 80,000 | 0.340 | 0.360 |  |
| 1 yr ~ 1 YR 4 mo | 12 to 17 | 120,000 | 0.350 | 0.365 | Can give previous credit up to 24 years |
| 1 yr 5 mo ~ 2 yrs | 18 to 24 | 180,000 | 0.360 | 0.375 |  |
|  |  | 250,000 | 0.370 | 0.380 |  |
|  |  | 310,000 | 0.380 | 0.390 |  |
|  |  | 430,000 | 0.390 | 0.400 |  |
|  |  | 480,000 | 0.390 | 0.400 |  |
|  |  | 600,000 | 0.395 | Cap |  |
|  |  | 720,000 | 0.400 |  |  |
|  |  | 840,000 | 0.405 |  |  |
|  |  | 975,000 | 0.410 |  |  |

## ADDITIONAL PAY

Tank wash : 100% paid by Prime.
Heel Charges : Prime must be notified where heel occurred or operator will pay 100%. Prime pays if they call from customer
Tanker Fittings : $470 - $20.00 / wk deducted for fittings. Refund 100% if unused, will refund $$ based on condition.
Stops:   Stops in transit will be $25 per occurrence. Final drop excluded.

New York City pay:   Driver will receive additional $50 dollars for going into New York City.

Vacation pay:   This will run on the same schedule as currently in place.
   125,000 miles = (1 week) $500
   250,000 miles = (1 week) $500
   375,000 miles = (1 week) $500
   500,000 miles = (1 week) $500
   5th YEAR = (2 weeks) $1100

Home Time Policy:   1 Day for Each week out. Home every 3 Weeks.

Layover Policy:   For 24 hours available for dispatch $35.

Breakdown Pay:   $35 per day, plus hotel expense (up to $60).

Fuel Bonus:   Computed Weekly - see table
Team Bonus      Extra 10 cpm for every mile above 3500 miles in a week
           Splits
FUEL BONUS IS SPLIT UP LIKE THIS…A/A=50/50 SPLIT…A/B1=60/40 SPLIT…A/B2/C=75/25 SPLIT…….

Confidential

PRI00008357

## Reefer Driver Pay   This is current as of 08-08-12

| Company Driver Program | | New after 08-08-12 | | Old Prior to 8-8-12 | |
|---|---|---|---|---|---|
| Experience in months that you can give credit for | Mileage Based | Solo Rate | Team Rate | Solo Rate | Team Rate |
| less than 11 | 80,000 | $0.360 | $ 0.420 | 0.340 | 0.400 |
| 12 – 17 | 120,000 | $0.370 | $ 0.425 | 0.350 | 0.405 |
| 18 - 24 | 180,000 | $0.375 | $ 0.430 | 0.355 | 0.410 |
|  | 250,000 | $0.380 | $ 0.435 | 0.360 | 0.415 |
|  | 310,000 | $0.385 | $ 0.440 | 0.365 | 0.420 |
|  | 430,000 | $0.390 | $ 0.445 | 0.370 | 0.425 |
|  | 480,000 | $0.393 | $ 0.455 | 0.373 | 0.435 |
|  | 600,000 | $0.395 | $ 0.460 | 0.375 | 0.440 |
|  | 720,000 | $0.400 | $ 0.470 | 0.380 | 0.450 |
|  | 840,000 | $0.405 |  | 0.385 |  |
|  | 975,000 | $0.410 |  | 0.390 |  |
|  | 1,100,000 | $0.415 |  | 0.395 |  |
|  | 1,350,000 | $0.420 |  | 0.400 |  |
|  | 1,560,000 | $0.430 |  | 0.410 |  |
|  | 1,700,000 | $0.440 |  | 0.420 |  |

## Retro Credit Rules:

- **Recruiting:** In order to receive credit for previous driving time.
  - Must be verifiable 18 wheeler, like driving experience (verifiable via a third party such as DAC, OVES, etc)
  - Max credit for previous work history is 24 months (min 12 months required)
  - "Chunks of work" must be at least 5 months long to be counted
  - Work must be with-in last three years to be qualified for being counted
  - Must be noted in 10street for pay scale

- Team miles should be accumulated at rate of 50%.

Fuel Bonus: Computed Weekly  - see table
Team Bonus                         Extra 10 cpm for every mile above 3500 miles in a week
                                   Splits
FUEL BONUS IS SPLIT UP LIKE THIS…A/A=50/50 SPLIT…A/B1=60/40 SPLIT…A/B2/C=75/25 SPLIT…….
MILEAGE BONUS IS A/A=50/50 SPLIT…A/B1=60/40 SPLIT…A/B2/C=A SEAT 100% OF THE BONUS

ECO49 Truck                        extra $0.05 per mile
                                   extra $0.05 per mile if within limited NE area (load must start / stop in right areas)

Case 6:11-cv-03367-MDH   Document 286-6   Filed 07/25/14   Page 4 of 4

Confidential                                                                                      PRI00008358